# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Durkin, Thomas M. | U.S. District Court - Northern District of Illlinois | 08/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Dirksen Federal Building
219 S. Dearborn
Chicago, IL 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | John Marshall Law School - teaching | $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Durkin, Thomas M.** | 08/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Durkin, Thomas M.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CD Wells Fargo Bank - 1.55% | A | Interest | | | Redeemed | 02/15/19 | M | A | |
| 2. CD Capital One Bank - 1.75% | B | Interest | L | T | | | | | |
| 3. IShares Russell 1000 Growth | B | Dividend | M | T | Buy | 10/07/19 | J | | |
| 4. IShares Russell 1000 Growth | A | Dividend | | | Sold | 01/29/19 | J | A | |
| 5. CD Discover Bank - 1.7% | A | Interest | K | T | | | | | |
| 6. IShares Russell 1000 Value | C | Dividend | M | T | Buy | 10/07/19 | K | | |
| 7. IShares Russell 1000 Value | A | Dividend | | | Sold | 01/29/19 | J | A | |
| 8. IShares Russell Midcap Growth | A | Dividend | M | T | Sold (part) | 01/29/19 | J | A | |
| 9. IShares Russell Midcap Value | C | Dividend | M | T | Sold (part) | 01/29/19 | J | A | |
| 10. IShares Russell Midcap Value | C | Dividend | M | T | Buy | 10/07/19 | K | | |
| 11. IShares Gold Trust | | None | K | T | Sold (part) | 01/29/19 | J | A | |
| 12. IShares Silver Trust | | None | K | T | | | | | |
| 13. CD Capital One - 2.25% | C | Interest | M | T | | | | | |
| 14. CD Key Bank - 1.7% | A | Interest | K | T | | | | | |
| 15. Chase accounts (various cash accounts) | A | Interest | K | T | | | | | |
| 16. Northern Trust account (cash account) | | None | J | T | | | | | |
| 17. CD Discover Bank - 2.25% | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Durkin, Thomas M.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Merrill Lynch/Bank of America Bank Deposit Program (cash account) | A | Interest | K | T | | | | | |
| 19. ISHARES S&P Small Cap 600 Growth | A | Dividend | L | T | Sold (part) | 01/29/19 | J | A | |
| 20. ISHARES S&P Small Cap 600 Value | B | Dividend | L | T | Buy | 10/07/19 | J | | |
| 21. Franklin Moderate Allocation | A | Dividend | K | T | | | | | |
| 22. JPM IT COR BD 1 (part of annuity) | | None | L | T | Redeemed (part) | 08/12/19 | K | A | |
| 23. JPM IT COR BD 1 (part of annuity) | | None | L | T | Redeemed (part) | 12/24/19 | K | A | |
| 24. NW NVIT MNY MKT 1 (part of annuity) | | None | K | T | Redeemed (part) | 08/12/19 | J | A | |
| 25. NW NVIT MNY MKT 1 (part of annuity) | | None | K | T | Redeemed (part) | 12/24/19 | K | A | |
| 26. JPM IT US EQ I (part of annuity) | | None | K | T | Redeemed (part) | 08/12/19 | J | A | |
| 27. JPM IT US EQ I (part of annuity) | | None | K | T | Redeemed (part) | 12/24/19 | J | A | |
| 28. Wisdomtree Trust Japan Hedged Equity FD | A | Dividend | | | Sold (part) | 01/29/19 | K | A | |
| 29. Wisdomtree Trust Japan Hedged Equity FD | A | Dividend | | | Sold | 04/10/19 | K | A | |
| 30. Iowa Fin Authority Rev Revolving FD | B | Interest | | | Sold (part) | 02/13/19 | K | A | |
| 31. Iowa Fin Authority Rev Revolving FD | B | Interest | | | Sold (part) | 05/17/19 | K | A | |
| 32. Iowa Fin Authority Rev Revolving FD | B | Interest | | | Sold | 08/01/19 | J | A | |
| 33. CD Ally Bank 1.3% | A | Interest | | | Redeemed | 02/19/19 | M | A | |
| 34. CD Key Bank NA 1.35% | A | Interest | | | Redeemed | 02/19/19 | L | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Durkin, Thomas M.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. CD Merchantile Commercial 1.3% (now Amerant Bank) | A | Interest | | | Redeemed | 06/17/19 | K | A | |
| 36. CD Belmont Savings Bank 1.4% | B | Interest | L | T | | | | | |
| 37. CD Capital One Bank USA 1.55% | C | Interest | M | T | | | | | |
| 38. Vaneck Vectors Vietnam | A | Dividend | J | T | | | | | |
| 39. CD State Bank India | C | Interest | M | T | | | | | |
| 40. CD Comenity Capital Bank | D | Interest | M | T | | | | | |
| 41. IShares MSCI EAFE | A | Dividend | | | Sold | 04/10/19 | K | A | |
| 42. CD Ally Bank (2.4%) | C | Interest | M | T | | | | | |
| 43. CD Goldman Sachs Bank USA 2.8% | C | Interest | M | T | Buy | 02/14/19 | M | | |
| 44. CD Morgan Stanley Bank NA | C | Interest | M | T | Buy | 02/14/19 | M | | |
| 45. CD Goldman Sachs Bank USA 2.9% | D | Interest | M | T | Buy | 02/20/19 | M | | |
| 46. I Shares Edge MSCI | B | Dividend | L | T | Buy | 04/10/19 | L | | |
| 47. Rental Property - ▓▓▓▓▓ purchased for $765,000 on 3/10/16 | E | Rent | O | R | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Thomas M. Durkin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544